DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAMMI FITZGERALD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3413

[January 24, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2017-MM-005813-BXXX-MB.

Michael Salnick of Law Offices of Salnick & Fuchs, P.A., West Palm Beach, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER and KLINGENSMITH, JJ., and ROBY, WILLIAM, L., Associate Judge, concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***